## THE STATE OF IOWA v. WAY.

*Appeal from Tama District Court* — *Tuesday, June 9, 1863.*

REVENUE STAMP.

MOTION to affirm the judgment below. The defendant objected to the transcript on the ground that no stamp was affixed to the Clerk's certificate as required by the National Revenue law. The Attorney-General affixed a stamp.

BALDWIN, Ch. J.—The party producing the transcript in this case having complied with the provisions of the National Tax law by affixing a revenue stamp to the Clerk's certificate, the objections of the defendant to a judgment against him are obviated thereby.

Affirmed.